IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

       Plaintiff,                    No. CIV S-06-0789 LKK DAD P

       vs.

GARY ALLHISER, et al.,

       Defendants.           ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to submit the filing fee or a properly completed application to proceed in forma pauperis.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, full payment of the filing fee or a properly completed application to proceed in forma pauperis on the form provided by the Clerk of the Court; plaintiff's failure to comply with this order in a timely manner, or to request an extension of time to do so, may result in a recommendation that this action be dismissed for lack of prosecution; and

1

Dockets.Justia.com

1  2. The Clerk of the Court is directed to send plaintiff a new Application to
2  Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.
3  DATED: April 20, 2006.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
smit0789.3a