IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

    Plaintiff,                        No. CIV S-06-0789 LKK DAD P

    vs.

GARY ALLHISER, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff has filed a motion to proceed in forma pauperis and motion for extension of time to respond to the court's November 29, 2006 order. Plaintiff has been granted leave to proceed in forma pauperis. Accordingly, IT IS ORDERED that:

        1. Plaintiff's January 3, 2007 motion to proceed in forma pauperis is moot;

        2. Plaintiff's January 3, 2007 motion for extension of time is granted;

        3. Plaintiff shall file an amended complaint that complies with the November 29, 2006 order within thirty days after this order is filed; and

        4. Plaintiff shall keep the court apprised of his address at all times.

DATED: January 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
smit0789.36am