IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

    Plaintiff,                    No. CIV S-06-0789 LKK DAD P

    vs.

GARY ALLHISER, et al.,

    Defendants.                ORDER

_____/

    Plaintiff has requested a third extension of time to file an amended complaint pursuant to the court's order of November 29, 2006. Good cause appearing, this request will be granted. However, no further extension of time will be granted. IT IS HEREBY ORDERED that:

    1. Plaintiff's February 12, 2007 motion for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extension of time will be granted for this purpose.

DATED: February 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
smit0789.36sec