IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

    Plaintiff,　　　　　　　　　　No. CIV S-06-0789 LKK DAD P

    vs.

GARY ALLHISER, et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

    By order filed September 18, 2007, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint. Plaintiff has, however, filed a request for access to the law library and a motion for declaratory and injunctive relief.

    First, plaintiff was cautioned that failure to file a second amended complaint would result in a recommendation that this action be dismissed. Nonetheless, plaintiff's recent filings suggest he is still interested in pursuing this matter. Accordingly, in the interests of justice, the court will grant plaintiff a final thirty days leave to file a second amended complaint.

    Second, in plaintiff's request for library access, he states only "plaintiff hereby submit[s] this notice for access to the Law Library." Plaintiff does not allege that he has attempted to use the law library for legal research and been denied. Thus, plaintiff has not

1

demonstrated that his right of access to the courts is being impaired. Accordingly, plaintiff's October 15, 2007 request for access to the law library will be denied.

Finally, plaintiff has filed a motion for declaratory and injunctive relief. Plaintiff's motion is defective because it is not supported by a memorandum of points and authorities or a declaration on the question of irreparable injury. See Local Rule 65-231. Plaintiff's motion is also vague, conclusory, and premature. No defendants have been served at this time and thus have not been provided an opportunity to respond to plaintiff's allegations. Accordingly, plaintiff's October 15, 2007 motion will be denied.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted a final thirty days from the date of this order to file a second amended complaint in accordance with this court's September 18, 2007 order;

2. Plaintiff's October 15, 2007 request for access to the law library is denied; and

3. Plaintiff's October 15, 2007 motion for declaratory and injunctive relief is denied.

DATED: December 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smith0789.36+

---

[1] In the event that plaintiff thought this motion would suffice as his second amended complaint, he is in error. This court has twice advised plaintiff of the defects of his complaint. If plaintiff is interested in pursuing this action, he should submit a second amended complaint that follows the instructions provided in this court's September 18, 2007 order. Failure to do so will result in a recommendation that this action be dismissed.

2