IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

     Plaintiff,                          No. CIV S-06-0789 LKK DAD P

    vs.

GARY ALLHISER, et al.,

     Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

        By order filed September 18, 2007, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. On December 5, 2007 plaintiff was granted a final thirty day extension of time in which to file a second amended complaint. Plaintiff was forewarned that failure to do so would result in a recommendation that this action be dismissed. That period has now expired, and plaintiff has not filed a second amended complaint.[1]

/////

---

[1] Plaintiff has filed another defective motion for declaratory and injunctive relief. In this court's December 5, 2007 order, the court advised plaintiff that such a motion would not suffice as his second amended complaint. This court twice advised plaintiff of the defects of his complaint and informed him that, if he was interested in pursuing this action, he was required submit a second amended complaint that followed the instructions provided in this court's September 18, 2007 order. Again, plaintiff has failed to comply with the court's order.

1

1   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
2 without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).
3   These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
8 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
9 F.2d 1153 (9th Cir. 1991).
10 DATED: January 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14 DAD:lg
smit0789.fta

2